IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME MONTGOMERY,

        Plaintiff,                    No. CIV-S-10-1935 KJM P

        vs.

R. L. ANDREASEN,

        Defendant.                FINDINGS AND RECOMMENDATIONS

                              /

        A review of the complaint filed in this action reveals it is duplicative of the amended complaint filed on June 7, 2010 in CIV-S-09-2705 DAD P. Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

/////

/////

1

1  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2  (9th Cir. 1991).

3  DATED: August 5, 2010.

_____
U.S. MAGISTRATE JUDGE

1/kly
mont1935.dup